IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 4:24 CR 00019 |
| v. ) | |
| ) | Title 18, United States Code, Section 641 |
| MICHAEL MELE, ) | |
| ) | JUDGE NUGENT |
| Defendant. ) | |

COUNT 1
(Theft of Government Money, Property, or Records, 18 U.S.C. § 641)

The Grand Jury charges:

From on or about July 17, 2019 through on or about November 25, 2020, in the Northern District of Ohio, Eastern Division, Defendant, MICHAEL MELE, willfully and knowingly stole and purloined the goods and property of the United States, to wit: United States stamps with an aggregate value greater than $1,000, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.